AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. MJ20-270
510 Sky Country Way NW, Issaquah, Washington )
98027, as further described in Attachment A )
)

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 23 2021 ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 4, 2020___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any U.S. Magistrate Judge in West. Dist. of Washington___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___
3:30 pm

Date and time issued: 05/21/2020 3:00 pm

___Judge's signature___

City and state: Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

USAO: 2020R00487

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ20-270 | Date and time warrant executed: 5/22/2020 7:00 a.m. | Copy of warrant and inventory left with: Linda He |
| Inventory made in the presence of: Linda He | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached FD-597 (Receipt for Property Seized) for inventory of property seized.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 9/28/2021 /BJ/

Date: 9/22/2021

_Kathl Mo_
Executing officer's signature

Kathleen Moran, Special Agent, FBI
Printed name and title

FD-597 (Rev. 4-13-2015) Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

Case ID: 29R-SE-3266061

On (date) Friday, May 22, 2020 item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returnd To
- ☐ Released To

(Name) Baoke Zhang

(Address) 510 Sky Country Way NW, Issaquah, WA 98027

Description of Item(s):

| # | Description |
|---|---|
| 1 | Bank and tax documents |
| 2 | 2016, 2017, 2018 Tax documents |
| 3 | Yellow legal pad |
| 4 | Expired and current PRC passports for Baoke Zhang |
| 5 | Macbook Pro, S/N C02Z70HMLVDN |
| 6 | Apple Power Cord |
| 7 | iPhone, Model MG4J2LL/A, S/N: F17NXGY5G5MV |
| 8-25 | (Nothing further) |

Received By: *Kathleen M[oran]* (Signature)

Received From: *[signature]* (Signature)

Printed Name/Title: Kathleen Moran / Special Agent

Printed Name/Title: Linda He